```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  SALVATORE PINNOLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:08-MJ-0009 WMW |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PROBATION; |
| v. | ORDER THEREON |
| SALVATORE PINNOLA, | Date :     April 1, 2009 |
| Defendant. | Magistrate:   William M. Wunderlich |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the term of probation for the above named defendant shall be extended two months to June 1, 2009 and that his completion date for his 80 hours of community service also be extended to June 1, 2009. As grounds for the modification, the parties agree that such an extension would be in the interests of justice. Mr. Pinnola's does wish to comply with the court's orders and he has obeyed all laws and paid his fine of $2100.00 in full. However, due to his employment and other obligations he has been unable to fully complete his community service hours at this time, but he will be able to do so if the court grants his requested extension.

///

///

///

This stipulation is requested by counsel for the defendant and would be joined by Ed Dunlavey of the National Park Service.

DATED: April 1, 2009 /s/ Ed Dunlavey
Ed Dunlavey
National Park Service

DANIEL J. BRODERICK
Federal Defender

DATED: April 1, 2009 /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED that the informal probation in case 6:08-mj-0009 for Mr. Pinnola be extended two months to June 1, 2009, and that his completion date for his 80 hours of community service be extended to June 1, 2009 as well.

DATED: _____

WILLIAM M. WUNDERLICH, Magistrate
United States District Court
Eastern District of California

IT IS SO ORDERED.

**Dated: April 1, 2009** /s/ **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE