DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SALVATORE PINNOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:08-MJ-0009 WMW |
| *Plaintiff,* | STIPULATION TO MODIFY TERM OF PROBATION; |
| v. | ORDER THEREON |
| SALVATORE PINNOLA, | Date : May 28, 2009 |
| *Defendant.* | Magistrate: William M. Wunderlich |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the term of probation for the above named defendant shall be extended till June 30, 2009.  Further, Mr. Pinnola's requirement of 80 hours of community service shall be converted to an additional fine of $800.00, due in full by June 30, 2009.  As grounds for the modification, the parties agree that such an extension would be in the interests of justice.  Mr. Pinnola's does wish to comply with the court's orders and he has obeyed all laws and paid his previously imposed fine of $2100.00 in full. Mr. Pinnola did complete some community service hours.  However, due to his full time employment and his responsibilities with his children, and also with the availability of community service in his area, he has been unable to complete the required hours and wishes to pay an additional fine in lieu of the community service.

///

This stipulation is requested by counsel for the defendant and would be joined by Ed Dunlavey of the National Park Service.

DATED:  May 28, 2009                         /s/ Ed Dunlavey
                                             Ed Dunlavey
                                             National Park Service


                                             DANIEL J. BRODERICK
                                             Federal Defender

DATED: May 28, 2009                          /s/ Charles J. Lee
                                             CHARLES J. LEE
                                             Assistant Federal Defender
                                             Attorney for Defendant


**O R D E R**

IT IS SO ORDERED that the informal probation in case 6:08-mj-0009 for Mr. Pinnola be extended to June 30, 2009, and that his 80 hours of community service be converted to an additional fine of $800.00 due in full by June 30, 2009.

                        IT IS SO ORDERED.

**Dated:    May 28, 2009**                   /s/  William M. Wunderlich
                                             UNITED STATES MAGISTRATE JUDGE

Pinnola - Stipulation to Modify Probation Term; Order     2